IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR205** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **RICHARD SCHAFER,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to extend the time for filing objections to the initial Presentence Investigation Report ("PSR") (Filing No. 27).

IT IS ORDERED:

1. The Defendant's motion to extend the time for filing objections to the initial Presentence Investigation Report (Filing No. 27) is granted; and

2. The deadline in ¶ 4 is changed to May 18, 2005.

DATED this 12th day of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge